# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § <br> *Plaintiff* § <br> § <br> **v.** § <br> § <br> **(28) DAYLIN LOPEZ-IGLESIAS,** § <br> *Defendant* § | **Case No. 1:21-CR-00048-LY-28** |

### Order on Defendant's Motion to Modify Conditions of Pretrial Release

Now before the Court is Defendant's Unopposed Motion for Modification of Conditions of Release, filed April 6, 2022. Dkt. 967. The District Court referred the Motion to the undersigned Magistrate Judge for resolution. Dkt. 973.

Defendant Daylin Lopez-Iglesias was arrested in the Southern District of Texas on April 8, 2021, and has been on pretrial release since April 19, 2021. Dkts. 220, 306. On January 21, 2022, Defendant pled guilty to one count of Conspiracy to Possess with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 846. Dkt. 802. Her sentencing is set for June 9, 2022. Dkt. 929.

Defendant's conditions of release require her to be restricted to her residence every day from 9 p.m. to 6 a.m. *Id.* at 4. Defendant now asks that her curfew be shortened by one hour in the mornings to allow her time to drive her mother to work. Neither the Government nor Pretrial Services objects to this request.

Finding good cause therefor, the Court **ORDERS** that Paragraphs 7(s)(i) of Defendant's Additional Conditions of Release is hereby **AMENDED** as follows:

> **Curfew.** You are restricted to your residence every day from 9:00 p.m. to 5:00 a.m.

*Id.* All other conditions of release remain as previously ordered.

**SIGNED** on April 8, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE